```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
    ELINIZA LUNA,                                          :
                                                           :
                              Plaintiff,:
                                                           :      1:20-cv-7358-GHW
                   -against-                               :
                                                           :           ORDER
                                                           :
    MARTIN EDWARD GOWER & J&R SLAW,                        :
    INC.,                                                  :
                                                           :
                              Defendants.:
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2021

GREGORY H. WOODS, United States District Judge:

On June 10, 2021, Plaintiff filed an amended complaint. Dkt. No. 24. Plaintiff is directed to file a letter setting forth the legal basis for his filing of the amended complaint under Fed. R. Civ. Pro. 15 without court order or a filed agreement with the other party no later than June 14, 2021.

SO ORDERED.

Dated: June 10, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge